

FILED
OCT 21 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| ROWLAND MEDICINE HORSE,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | CV 13-155-BLG-SEH-CSO<br><br>**ORDER** |

On September 8, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on Petitioner Medicine Horse's Writ of Habeas Corpus under 28 U.S.C. §2254.[2] Petitioner filed objections on October 17, 2014.[3] The Court reviews *de novo* findings and recommendations to which

---

[1] (Doc. 13.)

[2] (Doc. 1.)

[3] (Doc. 18.)

objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full. Medicine Horse's petition is both time-barred and procedurally-barred.

ORDERED:

1. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED with prejudice; and

2. The Clerk of Court is directed to enter by separate document a judgment in favor of Respondents and against Petitioner; and

3. The Certificate of Appealability is DENIED. Petitioner has not overcome the requirements that reasonable jurists would find that Medicine Horse is actually innocent of felony DUI or made a substantial showing that counsel was ineffective.

DATED this 21st day of October, 2014.

SAM E. HADDON
United States District Judge